**Opinion filed March 20, 2015**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-15-00024-CV

_____

## IN THE INTEREST OF S.F., A CHILD

**On Appeal from the 326th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 39,082-C**

## M E M O R A N D U M   O P I N I O N

Appellant, the grandmother of the child at issue in this appeal, filed a notice of appeal on January 6, 2015, from the trial court's order in a suit to modify the parent-child relationship. This court notified Appellant by letters dated February 20, 2015, and February 23, 2015, that the $195 filing fee was due in this court on or before March 2, 2015. On March 2, Appellant asked for additional time to pay the fee and informed the clerk of this court that the fee would be paid by March 6. On March 9, this court informed Appellant that the $195 filing fee still had not been paid. In the letters dated February 23 and March 9, the clerk of this court

notified Appellant that her failure to comply with this requirement may result in dismissal of the case. *See* TEX. R. APP. P. 42.3. Appellant, as of this date, has not paid the filing fee and has sought no further extension. We note also that our records indicate Appellant has failed to request that a reporter's record be prepared and has failed to pay for, or make arrangements to pay for, the reporter's record.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal. TEX. R. APP. P. 5, 42.3.

PER CURIAM

March 20, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.